UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHELLY MARIE JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. CV-21-48 -GF-JTJ<br><br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS HEREBY ORDERED:  The Commissioner's decision to deny Jones's claim for disability and disability insurance benefits is REVERSED and REMANDED for further proceedings consistent with the Memorandum and Order.

　　Dated this 28th day of February, 2022.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ S. Redding
　　　　　　　　　　　　　　S. Redding, Deputy Clerk