IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHELLY M. JONES, | Civil No. 4:21-cv-00048-JTJ |
| Plaintiff, | |
| vs. | ORDER ON STIPULATED NOTICE OF WITHDRAW |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | |
| Defendant. | |

Based on the stipulated notice of the parties (ECF #28) and good cause

shown, IT IS HEREBY ORDERED as follows:

1. The Motion for Attorney Fees (EAJA) and Costs (ECF #25) and the Motion

   to Strike (ECF #26) are hereby WITHDRAWN without prejudice; and

2. Plaintiff Shelly M. Jones may timely petition the court for fees and costs

   under the Equal Access to Justice Act (EAJA) when there is a final judgment

   in this case within the meaning the EAJA.

Page 1    ORDER ON STIPULATED NOTICE OF WITHDRAW - [4:21-cv-
          00048-JTJ]

DATED this 16th day of June, 2022.


John Johnston
United States Magistrate Judge

Page 2    ORDER ON STIPULATED NOTICE OF WITHDRAW - [4:21-cv-
             00048-JTJ]