IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHELLY MARIE JONES,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | CV 21-48-GF-JTJ<br><br>**ORDER** |

      The Court issued a Memorandum and Order on February 28, 2022, remanding this case for further administrative proceedings. (Doc. 18 at 12). Judgment was entered on the same day. (Doc. 19). Defendant has moved to amend the Judgment under Fed. R. Civ. P. 59(e). Plaintiff opposes the motion. (Doc. 22).

      Rule 59(e) authorizes a district court to amend a judgment: 1) to correct a clear legal error; 2) to prevent a manifest injustice; 3) to address newly discovered evidence that was not available when the court made its decision; or 4) to incorporate an intervening change in controlling law. *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001). None of these bases exist in this case.

Accordingly, IT IS HEREBY ORDERED:

Defendant's Motion to Amend Judgment (Doc. 20) is DENIED.

DATED this 19th day of October, 2022.

John Johnston
United States Magistrate Judge